| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | |
| 3 | ADAIR F. BOROUGHS<br>G. PATRICK JENNINGS |
| 4 | Trial AttorneyS, Tax Division<br>U.S. Department of Justice |
| 5 | P.O. Box 683, Ben Franklin Station<br>Washington, D.C.  20044-0683 |
| 6 | Telephone:   (202)305-7546<br>             (202) 307-6648 |
| 7 | E-mail:      adair.f.boroughs@usdoj.gov<br>             guy.p.jennings@usdoj.gov |
| 8 | Attorneys for the United States of America |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 08-CV-01310-MCE-KJM |
| v. | ) | |
| | ) | **ORDER GRANTING THE UNITED STATES' UNOPPOSED MOTION TO TRANSFER INTRADISTRICT VENUE** |
| FRANK A. VACANTE, UTE VACANTE aka UTE BELEW, CENTRAL VALLEY INSURANCE SERVICES, INC., INSTANT SERVICES, INC., PACIFIC BELL DIRECTORY, STANISLAUS COUNTY TAX COLLECTOR, EVERETT J. RODRIGUES AS TRUSTEE OF THE RODRIGUES FAMILY 1996 TRUST, WILLIE JEAN RODRIGUES AS TRUSTEE OF THE RODRIGUES FAMILY 1996 TRUST, WASHINGTON MUTUAL BANK, AS ASSIGNEE OF AMERICAN SAVINGS BANK, BENEFICIAL CALIFORNIA, INC., NEW CENTURY MORTGAGE CORP., STATE OF  CALIFORNIA FRANCHISE TAX BOARD, UNION BANK OF CALIFORNIA, NORTHERN CALIFORNIA COLLECTION SERVICE, INC., TURLOCK IRRIGATION DISTRICT, MERCED COUNTY TAX COLLECTOR, TERRY L. BLAKE DBA BLAKE ELECTRIC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

1  Upon good cause shown,

2  IT IS HEREBY ORDERED THAT this case be transferred to the United States

3  District Court for the Eastern District of California sitting in Fresno, California.

4  IT IS SO ORDERED.

5  Dated: September 10, 2008

```
_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE
```