1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08cv1349 OWW DLB |
| Plaintiff, | ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION TO EXTEND TIME FOR DISCOVERY AND SETTING BRIEFING SCHEDULE |
| v. | Date:   September 4, 2009 |
| FRANK A. VACANTE, et al., | Time:  9:00 a.m. |
| | Courtroom 9 |
| Defendants. | |

Plaintiff United States of America ("Plaintiff"), currently has four motions before this Court, three of which are set to be heard on September 4, 2009.  The fourth motion, Plaintiff's motion to extend discovery was filed on August 11, 2009, and set to be heard on September 11, 2009, in compliance with Local Rule 78-230(b).

The Court is not available to hear motions on September 11, 2009.  Therefore, the Court finds it most efficient to SHORTEN TIME on Plaintiff's motion to extend discovery and have the matter heard on September 4, 2009.

Defendants' oppositions to the motion SHALL BE FILED by Friday, August 28, 2009.  No reply shall be filed.

IT IS SO ORDERED.

Dated:   **August 13, 2009**                    _____ **/s/ Dennis L. Beck** _____
                                            UNITED STATES MAGISTRATE JUDGE

1