# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08cv1349 OWW DLB |
| | ) | |
| | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION FOR LEAVE TO TAKE MORE |
| Plaintiff, | ) | THAN 10 DEPOSITIONS AS MOOT |
| | ) | (Document 74) |
| v. | ) | |
| | ) | |
| FRANK A. VACANTE, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On August 11, 2009, Plaintiff United States of America ("Plaintiff") filed the instant motion for leave to take more than 10 depositions. The matter was heard on September 4, 2009, before the Honorable Dennis L. Beck, United States Magistrate Judge. Adair F. Boroughs appeared on behalf of Plaintiff. Defendant Frank A. Vacante appeared telephonically.

Plaintiff and Defendants Frank and Ute Vacante filed a joint statement of discovery dispute on August 31, 2009. No other oppositions were filed.

At the hearing, Plaintiff and Defendant Frank Vacante informed the Court that they had reached a stipulation that Plaintiff may take up to 15 depositions. Accordingly, the motion for leave to take more than 10 depositions is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: **September 8, 2009**     /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1