IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK A. VACANTE, UTE VACANTE aka UTE BELEW, CENTRAL VALLEY INSURANCE SERVICES, INC., INSTANT SERVICES, INC., PACIFIC BELL DIRECTORY, STANISLAUS COUNTY TAX COLLECTOR, EVERETT J. RODRIGUES AS TRUSTEE OF THE RODRIGUES FAMILY 1996 TRUST, WILLIE JEAN RODRIGUES AS TRUSTEE OF THE RODRIGUES FAMILY 1996 TRUST, WASHINGTON MUTUAL BANK, AS ASSIGNEE OF AMERICAN SAVINGS BANK, BENEFICIAL CALIFORNIA, INC., NEW CENTURY MORTGAGE CORP., STATE OF  CALIFORNIA FRANCHISE TAX BOARD, UNION BANK OF CALIFORNIA, NORTHERN CALIFORNIA COLLECTION SERVICE, INC., TURLOCK IRRIGATION DISTRICT, MERCED COUNTY TAX COLLECTOR, TERRY L. BLAKE DBA BLAKE ELECTRIC,<br><br>    Defendants. | Civil No. 08-CV–01349-OWW-DLB<br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO EXTEND DISCOVERY AND MODIFYING THE SCHEDULING ORDER ENTERED ON DECEMBER 31, 2008** |

Upon good cause shown and pursuant to agreement of the parties,

    IT IS HEREBY ORDERED THAT the United States' Motion to Extend Discovery is GRANTED.

    IT IS HEREBY ORDERED THAT all discovery must be completed by November 6, 2009.

IT IS FURTHER ORDERED THAT all Non-Dispositive Pre-trial Motions, including any discovery motions, will be filed on or before November 19, 2009, and heard on December 4, 2009, at 9:00 a.m. before Magistrate Judge Dennis L. Beck in Courtroom 9.

IT IS FURTHER ORDERED THAT a Settlement Conference is scheduled for December 1, 2009, at 10:00 a.m. in Courtroom 9 before the Honorable Dennis L. Beck, United States Magistrate Judge. At least five days prior to the Settlement Conference, the parties shall submit, directly to the Magistrate Judge's chambers, a confidential settlement conference statement as outlined in the Court's December 31, 2008, scheduling order.

IT IS FURTHER ORDERED THAT all Dispositive Pre-Trial Motions are to be filed no later than December 14, 2009, and will be heard on January 18, 2010, at 10:00 a.m. before the Honorable Oliver W. Wanger, United States District Judge, in Courtroom 3, 7th Floor.

IT IS FURTHER ORDERED that the Pre-Trial Conference will be held on February 22, 2010, at 11:00 a.m. in Courtroom 3, 7th Floor, before the Honorable Oliver W. Wanger, United States District Judge. The parties are ordered to file a Joint Pre-trial statement pursuant to Local Rule 281(a)(2).

IT IS FURTHER ORDERED that Trial in this matter is set for March 30, 2010, at 9:00 a.m. in Courtroom 3, 7th Floor, before the Honorable Oliver W. Wanger, United States District Judge.

IT IS SO ORDERED.

Dated:   **September 8, 2009**             **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE