BENJAMIN B. WAGNER
United States Attorney

ADAIR F. BOROUGHS
G. PATRICK JENNINGS
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202)305-7546
           (202) 307-6648
E-mail:    adair.f.boroughs@usdoj.gov
           guy.p.jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FRANK A. VACANTE, UTE VACANTE et al.; <br><br> Defendants. | Civil No. 08-CV–01349 OWW-DLB <br><br> **ORDER MODIFYING SCHEDULE** |

On February 26, 2010, at 12:30 p.m., the Court heard argument on the United States' motion for partial summary judgment (Docket No. 119) and the defendants' motion to dismiss (Docket No. 124) and the defendants' motion for summary judgment (Docket No. 105). For good cause shown,

**IT IS ORDERED THAT** on or before March 12, 2010, the defendants Frank and Ute Vacante will file and serve a further response in opposition to the motion for summary judgment filed by the United States. The United States may reply to the further opposition

-1-

on or before March 22, 2010. A further hearing on the pending motions (Docket No. 105, 119, 124) will be held on April 19, 2010, at 10 a.m. in Courtroom 3.

**IT IS FURTHER ORDERED THAT** the scheduling order in this case is modified as follows: (1) all activity in this case except trial preparation shall cease on or before April 30, 2010; (2) the final pretrial conference is reset for May 3, 2010, at 11 a.m.; (3) trial is reset for June 8, 2010, at 9 a.m. in Courtroom 3.

.

IT IS SO ORDERED.

**Dated:   March 4, 2010**                      /s/ Oliver W. Wanger
                                                                   UNITED STATES DISTRICT JUDGE