IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK A. VACANTE, UTE VACANTE aka UTE BELEW, CENTRAL VALLEY INSURANCE SERVICES, INC., INSTANT SERVICES, INC., et al.<br><br>    Defendants. | Civil No. 08-CV–01349-OWW-DLB<br><br>**ORDER RE MOTIONS IN LIMINE** |

On June 2, 2010, G. Patrick Jennings, counsel for the United States and Frank Vacante, defendant, appeared by telephone to argue the pending motions in limine.  (Doc. No. 162, 163, 164, 166, 169, 173, and 175).  For the reasons stated in Court;

IT IS HEREBY ORDERED THAT the decision on the cross-motions to admit or exclude testimony from attorney Douglas Schultz is reserved for trial.

IT IS FURTHER ORDERED THAT, at the request of the United States, the United States' motion to exclude evidence of the merits of the Form 941 tax liabilities of Central Valley Insurance Services, Inc. is withdrawn.  The United States may supplement its list of exhibits with respect to this issue at trial if necessary.  With respect to the Form 941 tax liabilities of Instant Services, Inc., Frank Vacante may proffer evidence only as to whether they have been fully paid.

IT IS FURTHER ORDERED THAT A. Nicastro will not testify as she has been withdrawn by Frank Vacante as a proposed witness.

-1-

1   IT IS FURTHER ORDERED THAT proposed witness Michele Harvey may not testify
2   by affidavit and the motion of Mr. Vacante (Doc. No. 175) is denied to that extent.

5   IT IS SO ORDERED.
6   **Dated:   June 7, 2010**              **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE