BENJAMIN B. WAGNER
United States Attorney

ADAIR F. BOROUGHS
G. PATRICK JENNINGS
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202)305-7546
         (202) 307-6648
E-mail:   adair.f.boroughs@usdoj.gov
          guy.p.jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> FRANK A. VACANTE, UTE VACANTE et al.; <br> Defendants. | Civil No. 08-CV–01349 OWW-DLB <br><br> **ORDER SETTING STATUS CONFERENCE** |

At the request of the parties, and for good cause shown,

**IT IS ORDERED THAT** the parties shall appear telephonically at a status conference on July 27, 2010, at 1:30 pm in Courtroom 3.

IT IS SO ORDERED.

Dated:   July 26, 2010              /s/ Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE

-1-