BENJAMIN B. WAGNER
United States Attorney

ADAIR F. BOROUGHS
G. PATRICK JENNINGS
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202)305-7546
             (202) 307-6648
E-mail:      adair.f.boroughs@usdoj.gov
             guy.p.jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>FRANK A. VACANTE, UTE VACANTE et al.;<br><br>   Defendants. | Civil No. 08-CV–01349 OWW-DLB<br><br>**ORDER RE POST-TRIAL SCHEDULE** |

At the request of the parties, and for good cause shown,

**IT IS ORDERED THAT** on or before August 6, 2010, the United States and the Vacantes each will file and serve a proposed judgment in this case.  On or before August 20, 2010, the parties shall file objections to and arguments concerning the proposed judgments.  The Court will hear brief arguments on the proposed judgments on September 20, 2010 at 10 a.m. in Courtroom 3.

**IT IS SO ORDERED**.

Dated: August 4, 2010                    /s/ OLIVER W. WANGER
                                         United States District Judge

-1-