IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-CV-1349 AWI DLB |
| | ) | |
| Plaintiff, | ) | ORDER VACATING HEARING DATE OF DECEMBER 19, 2011 AND TAKING MATTER UNDER SUBMISSION |
| | ) | |
| v. | ) | |
| | ) | |
| FRANK VACANTE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Plaintiff United States of America has noticed a motion for disbursement of funds and confirmation of sale for oral argument and decision on December 19, 2011.   No party has filed any opposition or reply to Plaintiff United States of America's motion.   The court has reviewed the motion and the applicable law and has determined that the motion is suitable for decision without oral argument.  See  Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 19, 2011,  is VACATED, and no party shall appear at that time.  As of December 19, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 15, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE