

**FILED**

JAN   5 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                         EASTERN DISTRICT OF CALIFORNIA

9

10    UNITED STATES OF AMERICA,          )    1: 08-cv-1349 AWI DLB
                                         )
11                  Plaintiff,           )    ORDER GRANTING MOTION
                                         )    FOR CONFIRMATION OF THE
12         v.                            )    SALE AND DISTRIBUTION OF
                                         )    PROCEEDS FOR THE
13    FRANK A. VACANTE, UTE VACANTE      )    SNEDIGAR ROAD PROPERTY
      aka UTE BELEW, CENTRAL VALLEY      )
14    INSURANCE SERVICES, INC.,          )    [Document #237]
      INSTANT SERVICES, INC., et al.,    )
15                                       )
                                         )
16                  Defendants.          )
      _____)

17

18         In this action, the United States of America filed a complaint pursuant to 26 U.S.C. §§

19    7401 & 7403 to reduce to judgment federal tax assessments against Frank Vacante, Ute Vacante,

20    Central Valley Insurance Services, Inc., and Instant Services, Inc. and foreclose federal tax liens

21    against certain real property.

22         The case was tried before a jury commencing June 4, 2010.   On June 18, 2010, the jury

23    returned verdicts partly in favor of the United States and against Defendants Frank Vacante and

24    Ute Vacante.

25         On September 22, 2010, the court entered judgment on the jury's findings.   As part of the

26    judgment, the court ordered that the United States was entitled to foreclose its tax liens against

27    and sell five real properties. The court ordered that the sales be conducted by an IRS Property

28    Appraisal and Liquidation Specialist.   The court further ordered that the sale proceeds be

1   distributed in accordance with the Order Regarding Lien Priority entered April 13, 2010.

2          On October 18, 2010, the court entered a stipulated Order of Judicial Sale authorizing the

3   United States to conduct sales of the subject properties through an Internal Revenue Service

4   Property Appraisal and Liquidation Specialist ("PALS"), after May 31, 2011. The Order

5   authorized the PALS to sell the subject properties separately or in groupings.

6          On September 21, 2011, the United States filed a motion for the confirmation of the sale

7   and to distribute the proceeds of the real property located at 6837 Snedigar Road, Riverbank,

8   California ("Snedigar Road Property"), in the County of Stanislaus, State of California, and more

9   particularly described as follows:

10       Lot 259, of Riverbank Irrigated Farms, as per map filed January 15, 1913, in
        Volume 7 of Maps, at Page 23, Stanislaus County Records.
11       APN: 062-019-040-000

12   The United States provides evidence that the sale was conducted in accordance with 28 U.S.C.

13   §§ 2001-2002 and the court's Order of Judicial Sale. The United States provides evidence that

14   the purchase price for the Snedigar Road Property has been paid into the court's registry. The

15   United States requests the court confirm the sale and order the proceeds be disbursed.

16          After reviewing the United State's motion, along with the accompanying evidence, the

17   court ORDERS as follows:

18      1.     The United States's motion is GRANTED;

19      2.     The court finds that the sale of the subject real property located 6837 Snedigar

20              Road, Riverbank, California, ("the Snedigar Road Property") was conducted by

21              the United States in compliance with 28 U.S.C. §§ 2001-2002, and that payment

22              was made and accepted in compliance with the terms of the Court's Order of

23              Judicial Sale dated October 18, 2010.

24      2.     The sale of the Snedigar Road Property is HEREBY CONFIRMED, and the

25              Internal Revenue Service shall promptly deliver the appropriate deeds thereto to

26              the purchasers of such property.

27

28                                  2

3.   It is further ORDERED that on delivery of the deeds to the purchasers, all interests in, liens against, or claims to the Snedigar Road Property that are held or asserted by Plaintiff or any of the Defendants in this action are discharged.  On delivery of the deed to the purchaser, the Snedigar Road Property shall be free and clear of the interests of the United States (or the Internal Revenue Service), Frank Vacante, Ute Vacante aka Ute Belew, Central Valley Insurance Services, Inc., Instant Services, Inc., Stanislaus County, Terry Blake, the California Franchise Tax Board, Everett and Willie Rodrigues as trustees of the Rodrigues Family 1996 Trust, Union Bank of California, Pacific Bell Directory, Washington Mutual Bank as Assignee of American Savings Bank, Beneficial California, Inc., Northern California Collection Service, Inc., Turlock Irrigation District, and Deutsche Bank National Bank Trust Company as assignee of New Century Mortgage Corporation.

4.   It is further ORDERED that the Clerk of the Court SHALL disburse the proceeds of the sale from the court's registry in the following manner:

First, to the United States (payable to the Internal Revenue Service, and sent to Internal Revenue Service, Attn: Hallie Lipscomb, PALS, 4330 Watt Avenue SA 5209, Sacramento, CA 95821) for advertising expenses in the amount of $1,555.32.

Second, to Terry Blake (payable to Terry Blake and sent to Terry Blake, P.O. Box 580205, Modesto, California, 95359) for his judgment lien filed on May 22, 2001, in the amount of $5,686.00.

Third, to Pacific Bell Directory (payable to Coleman & Horowitt Client Trust Fund, and sent to Sheryl Noel, Coleman & Horowitt, LLP, 499 W. Shaw Ave. # 116, Fresno, California 93704) for its judgment lien filed on September 6, 2005, in the amount of $49,849.95.

3

1                        Fourth, to the United States (payable to the United States Treasury, and

2      sent to U.S. Department of Justice, Tax Division, P.O. Box 310, Ben Franklin

3      Station, Washington D.C. 20044) for application to the unpaid federal

4      employment tax liabilities of Defendant Frank Vacante for the tax periods

5      (quarters) ending December 31, 1990, and June 30, 1993, through December 31,

6      1994, the unpaid federal unemployment tax liabilities Defendant Frank Vacante

7      for tax years 1993 and 1994, the unpaid federal employment tax liabilities of

8      Defendant Central Valley Insurance Services, Inc. for the tax periods (quarters)

9      ending March 31, 1995, through June 30, 1997, December 31, 1998, March 31,

10      1999, September 30, 1999, through March 31, 2001, the unpaid federal

11      unemployment tax liabilities of Central Valley Insurance Services, Inc. for tax

12      year 2000, and the unpaid federal tax liabilities assessed under 26 U.S.C. § 6721

13      of Central Valley Insurance Services, Inc., in the amount of any remaining

14      proceeds, without reduction for registry fees.

15

16    IT IS SO ORDERED.

17

Dated:   January 5, 2012

18                                   CHIEF UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28                                   4