**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:08-CV-01349 AWI DLB |
| ) | |
| Plaintiff, ) | ORDER VACATING HEARING |
| ) | DATE OF JUNE 4, 2012, AND |
| v. ) | TAKING MATTER UNDER |
| ) | SUBMISSION |
| FRANK A. VACANTE, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Plaintiff has noticed for hearing and decision a motion for confirmation of sale and distribution of proceeds (Lupin Lake Property). The matter was scheduled for hearing to be held on June 4, 2012. Pursuant to Local Rule 230(c), Defendants were required to file either an opposition or a notice of non-opposition no later than May 21, 2012. Defendants failed to do so.

Due to Defendants' failure to file a timely opposition or notice of non-opposition, they are in violation of the Local Rules. Defendants are further not entitled to be heard at oral argument in opposition to the motion. See Local Rule 230(c). The court has reviewed Plaintiff's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 230(g).

///
///
///
///

     Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 4, 2012, is VACATED, and no party shall appear at that time.  As of June 4, 2012, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 31, 2012

                                        CHIEF UNITED STATES DISTRICT JUDGE