# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>FRANK A. VACANTE, et al.,<br><br>        Defendants. | )  Case No.: 1:08cv01349 AWI DLB<br>)<br>)<br>)  ORDER GRANTING JPMORGAN CHASE<br>)  BANK, N.A.'S MOTION FOR LEAVE TO<br>)  INTERVENE<br>)  (Doc 263)<br>)<br>)<br>) |

   On August 15, 2012, Intervenor JPMorgan Chase Bank, N.A. ("Chase") filed the instant motion to intervene in this action. Upon review, the court deems the matter suitable for determination without oral argument and the hearing scheduled for September 21, 2012, is VACATED. Local Rule 230(g).

   Plaintiff United States of America ("United States") filed this action pursuant to 26 U.S.C. §§ 7401 and 7403 to reduce to judgment federal tax assessments against Frank Vacante, Ute Vacante, Central Valley Insurance Services, Inc. and Instant Services, Inc. and to foreclose federal tax liens against certain real property.

   On June 18, 2010, a jury returned verdicts partly in favor of the United States and against Defendants Frank Vacante and Ute Vacante. On September 22, 2010, the court entered

1

judgment on the jury's findings and ordered that the United States was entitled to foreclose its tax liens against and sell five real properties.

On August 15, 2012, Chase moved to intervene in this action pursuant to Federal Rule of Civil Procedure 24.  Chase is now claiming a senior lien on real property located at 835 S. Minaret Avenue, Turlock, California (the "Minaret Avenue Property").  Chase requests leave of court to file a complaint in intervention seeking a declaratory judgment that would adjudicate the priority of Chase's claim, if any, to the proceeds of a sale of the Minaret Avenue Property.

The United States filed a notice of non-opposition to Chase's motion for leave to intervene on September 6, 2012.  According to the notice, the United States agrees that Chase is claiming an interest in a parcel of real property this is the subject of this action and should be allowed to intervene.  Although the United States disputes that Chase has a claim against the property, it does not oppose Chase's motion.  No other party has filed a notice or opposition to Chase's motion.  The motion is therefore GRANTED.  Chase SHALL file its complaint in intervention within 10 days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **September 20, 2012**              /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE