1  SHANON J. MCGINNIS (SBN 284234)
2  smcginnis@wargofrench.com
   JEFFREY N. WILLIAMS (SBN 274008)
3  jwilliams@wargofrench.com
4  WARGO & FRENCH LLP
   1888 Century Park East, Suite 1520
5  Los Angeles, California 90067
6  Telephone: (310) 853-6300
   Facsimile: (310) 853-6333
7

8  Attorneys for Intervenor
   JPMORGAN CHASE BANK, N.A., as an acquirer of
9  certain assets and liabilities of Washington Mutual Bank
10 from the Federal Deposit Insurance Corporation as Receiver

FILED
NOV - 8 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

11              UNITED STATES DISTRICT COURT
12              EASTERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| 14 UNITED STATES OF AMERICA, | Case No. 08-CV-1349-AWI-DLB |
| 15 Plaintiff, | |
| 16 v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT-IN-INTERVENTION TERRY BLAKE DBA BLAKE ELECTRIC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)** |
| 17 FRANK A. VACANTE; UTE VACANTE aka UTE BELEW; CENTRAL VALLEY INSURANCE SERVICES, INC.; PACIFIC BELL DIRECTORY; STANISLAUS COUNTY TAX COLLECTOR; EVERETT J. RODRIGUES AS TRUSTEE OF THE RODRIGUES FAMILY 1996 TRUST; WILLIE JEAN RODRIGUES AS TRUSTEE OF THE RODRIGUES FAMILY 1996 TRUST; WASHINGTON MUTUAL BANK, AS ASSIGNEE OF AMERICAN SAVINGS BANK; BENEFICIAL CALIFORNIA, INC.; NEW CENTURY MORTGAGE CORP.; STATE OF CALIFORNIA FRANCHISE TAX BOARD; UNION BANK OF CALIFORNIA; NORTHERN CALIFORNIA COLLECTION SERVICE, INC.; TURLOCK IRRIGATION DISTRICT; MERCED COUNTY TAX COLLECTOR; TERRY L. BLAKE DBA BLAKE ELECTRIC; OCWEN FINANCIAL CORP., | |
| 28 Defendants. | |

NOTICE OF DISMISSAL – TERRY BLAKE DBA BLAKE ELECTRIC

1
2   JPMORGAN CHASE BANK, N.A.,
3
        Intervenor,
4
5   v.

6   UNITED STATES OF AMERICA; PACIFIC BELL DIRECTORY; STANISLAUS COUNTY TAX COLLECTOR; STATE OF CALIFORNIA FRANCHISE TAX BOARD; and TERRY L. BLAKE DBA BLAKE ELECTRIC,
7
8
9       Defendants in Intervention.
10
11  //
12  //
13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

NOTICE OF DISMISSAL – TERRY BLAKE DBA BLAKE ELECTRIC

1  TO ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Intervenor JPMorgan Chase Bank N.A., as an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation as Receiver ("Chase"), hereby dismisses Defendant-in-Intervention Terry Blake dba Blake Electric pursuant to Federal Rule of Civil Procedure 41(a) and the Joint Stipulation between Chase and Terry Blake dba Blake Electric filed on November 6, 2012. [D.E. # 283.]

DATED:                                    WARGO & FRENCH LLP

                                          By: /s/ Jeff Williams
                                          SHANON J. MCGINNIS
                                          JEFFREY N. WILLIAMS

                                          Attorneys for Intervenor
                                          JPMORGAN CHASE BANK, N.A.,
                                          as an acquirer of certain assets and
                                          liabilities of Washington Mutual Bank
                                          from the Federal Deposit Insurance
                                          Corporation as Receiver

It is so Ordered. Dated: 11-7-12

_____
United States District Judge

NOTICE OF DISMISSAL – TERRY BLAKE DBA BLAKE ELECTRIC