1

2   SHANON J. MCGINNIS (SBN 284234)
    smcginnis@wargofrench.com
3   JEFFREY N. WILLIAMS (SBN 274008)
    jwilliams@wargofrench.com
4   WARGO & FRENCH LLP
5   1888 Century Park East, Suite 1520
    Los Angeles, California 90067
6   Telephone:  (310) 853-6300
7   Facsimile:   (310) 853-6333

8
    Attorneys for Intervenor
9   JPMORGAN CHASE BANK, N.A., as an acquirer of
10  certain assets and liabilities of Washington Mutual Bank
    from the Federal Deposit Insurance Corporation as Receiver
11

12              **UNITED STATES DISTRICT COURT**

13            **EASTERN DISTRICT OF CALIFORNIA**

14
    UNITED STATES OF AMERICA,                    No. 1:08-CV-1349-AWI-DLB
15
                  Plaintiff,
16
    v.                                            **NOTICE OF VOLUNTARY**
17                                                 **DISMISSAL WITHOUT**
                                                   **PREJUDICE OF**
18  FRANK A. VACANTE; UTE VACANTE                  **DEFENDANT-IN-**
    aka UTE BELEW; CENTRAL VALLEY                  **INTERVENTION**
    INSURANCE SERVICES, INC.; PACIFIC             **STANISLAUS COUNTY TAX**
19  BELL DIRECTORY; STANISLAUS                     **COLLECTOR PURSUANT**
    COUNTY TAX COLLECTOR; EVERETT J.               **TO FEDERAL RULE OF**
20  RODRIGUES AS TRUSTEE OF THE                    **CIVIL PROCEDURE 41(A)**
    RODRIGUES FAMILY 1996 TRUST,
21  WILLIE JEAN RODRIGUES AS TRUSTEE
    OF THE RODRIGUES FAMILY 1996
22  TRUST; WASHINGTON MUTUAL BANK,
    AS ASSIGNEE OF AMERICAN SAVINGS
23  BANK; BENEFICIAL CALIFORNIA, INC.;
    NEW CENTURY MORTGAGE CORP.;
24  STATE OF CALIFORNIA FRANCHISE
    TAX BOARD; UNION BANK OF
25  CALIFORNIA; NORTHERN CALIFORNIA
    COLLECTION SERVICE, INC.; TURLOCK
26  IRRIGATION DISTRICT; MERCED
    COUNTY TAX COLLECTOR; TERRY L.
27  BLAKE DBA BLAKE ELECTRIC; OCWEN
    FINANCIAL CORP.,
28
                  Defendants.

NOTICE OF DISMISSAL – STANISLAUS COUNTY TAX COLLECTOR

1

2 _____

3 JPMORGAN CHASE BANK, N.A.,

4             Intervenor,

5 v.

6 UNITED STATES OF AMERICA; PACIFIC
  BELL DIRECTORY; STANISLAUS
7 COUNTY TAX COLLECTOR; STATE OF
  CALIFORNIA FRANCHISE TAX BOARD;
8 and TERRY L. BLAKE DBA BLAKE
  ELECTRIC,
9
            Defendants in Intervention.
10

11        TO ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:

12        PLEASE TAKE NOTICE that Intervenor JPMorgan Chase Bank N.A., as an

13 acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal

14 Deposit Insurance Corporation as Receiver ("Chase"), hereby dismisses without

15 prejudice Defendant-in-Intervention Stanislaus County Tax Collector pursuant to

16 Federal Rule of Civil Procedure 41(a) and the Joint Stipulation between Chase and

17 the Stanislaus County Tax Collector filed on November 27, 2012.  [D.E. # 287.]

18

19 DATED: November 27, 2012                 WARGO & FRENCH LLP

20

21                                    By: */s/ Jeff Williams*

22                                         SHANON J. MCGINNIS
                                           JEFFREY N. WILLIAMS
23
                                           Attorneys for Intervenor
24                                         JPMORGAN CHASE BANK, N.A.,
                                           as an acquirer of certain assets and
25                                         liabilities of Washington Mutual Bank
                                           from the Federal Deposit Insurance
26                                         Corporation as Receiver
27

28

_____
NOTICE OF DISMISSAL – STANISLAUS COUNTY TAX COLLECTOR

1

2
## <u>ORDER</u>

3
     In light of the above notice, IT IS HEREBY ORDERED that Defendant-in-

4
Intervention Stanislaus County Tax Collector is DISMISSED pursuant to Rule 41(a)

5

6
from Plaintiff-in-Intervention JP Morgan Chase Bank N.A.'s Complaint in

7
Intervention.

8

9

10

11
IT IS SO ORDERED.

12
Dated:   November 27, 2012                    _____

13
               UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL – STANISLAUS COUNTY TAX COLLECTOR