SHANON J. MCGINNIS (SBN 284234)
smcginnis@wargofrench.com
JEFFREY N. WILLIAMS (SBN 274008)
jwilliams@wargofrench.com
WARGO & FRENCH LLP
1888 Century Park East, Suite 1520
Los Angeles, California 90067
Telephone:  (310) 853-6300
Facsimile:   (310) 853-6333

Attorneys for Intervenor
JPMORGAN CHASE BANK, N.A., as an acquirer of
certain assets and liabilities of Washington Mutual Bank
from the Federal Deposit Insurance Corporation as Receiver

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRANK A. VACANTE; UTE VACANTE aka UTE BELEW; CENTRAL VALLEY INSURANCE SERVICES, INC.; PACIFIC BELL DIRECTORY; STANISLAUS COUNTY TAX COLLECTOR; EVERETT J. RODRIGUES AS TRUSTEE OF THE RODRIGUES FAMILY 1996 TRUST, WILLIE JEAN RODRIGUES AS TRUSTEE OF THE RODRIGUES FAMILY 1996 TRUST; WASHINGTON MUTUAL BANK, AS ASSIGNEE OF AMERICAN SAVINGS BANK; BENEFICIAL CALIFORNIA, INC.; NEW CENTURY MORTGAGE CORP.; STATE OF CALIFORNIA FRANCHISE TAX BOARD; UNION BANK OF CALIFORNIA; NORTHERN CALIFORNIA COLLECTION SERVICE, INC.; TURLOCK IRRIGATION DISTRICT; MERCED COUNTY TAX COLLECTOR; TERRY L. BLAKE DBA BLAKE ELECTRIC; OCWEN FINANCIAL CORP.,<br><br>　　　　Defendants. | 1:08-CV-1349-AWI-DLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT-IN-INTERVENTION PACIFIC BELL DIRECTORY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)** |

|   |
|---|
| JPMORGAN CHASE BANK, N.A., |
|       Intervenor, |
| v. |
| UNITED STATES OF AMERICA; PACIFIC BELL DIRECTORY; STANISLAUS COUNTY TAX COLLECTOR; STATE OF CALIFORNIA FRANCHISE TAX BOARD; and TERRY L. BLAKE DBA BLAKE ELECTRIC, |
|       Defendants in Intervention. |

TO ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Intervenor JPMorgan Chase Bank N.A., as an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation as Receiver ("Chase"), hereby dismisses Defendant-in-Intervention Pacific Bell Directory pursuant to Federal Rule of Civil Procedure 41(a) and the Joint Stipulation between Chase and Pacific Bell Directory filed on October 31, 2012.  [D.E. # 280.]

DATED:                                      WARGO & FRENCH LLP

By: */s/ Jeff Williams*
    SHANON J. MCGINNIS
    JEFFREY N. WILLIAMS

Attorneys for Intervenor
JPMORGAN CHASE BANK, N.A.,
as an acquirer of certain assets and
liabilities of Washington Mutual Bank
from the Federal Deposit Insurance
Corporation as Receiver

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that Defendant-in-Intervention Pacific Bell Directory is DISMISSED pursuant to Rule 41(a) from Plaintiff-in-Intervention JP Morgan Chase Bank N.A.'s Complaint in Intervention.

IT IS SO ORDERED.

Dated:   November 27, 2012                    _____
                                                                  UNITED STATES DISTRICT JUDGE